CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 15 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRADLEY BRIAN MEREDITH, | Civil Action No. 7:12cv00450 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| ROBIN L. ELLIOT et. al., | |
| | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the plaintiff Bradley Brian Meredith's request for *in forma pauperis* status is **GRANTED** and his complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)–(ii) for frivolousness and for failure to state a claim. This motion shall be **STRICKEN** and the Clerk is **DIRECTED** to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: October 15, 2012.

/s/
UNITED STATES DISTRICT JUDGE